UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | LAURA B FLORES |
| **Case Number:** | 10-12781-PB13　　**Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, AUGUST 13, 2010 03:00 PM　DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

MOTION TO VACATE DISMISSAL AND IMPOSE AUTOMATIC STAY FILED BY DEBTOR.

### Appearances:

Conrado Hinojosa, ATTORNEY FOR Laura Flores

### Disposition:

Denied.

Mr. Hinojosa directed to convey to Mr. Stacy the Court's order.

An amended statement of fee disclosure to be filed.